# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS A. CALDERON, : | |
| : | Civil Action No. 25-14827 (BRM) |
| Petitioner, : | |
| : | |
| v. : | **ORDER** |
| : | |
| PAM BONDI, *et al.*, : | |
| : | |
| Respondents. : | |

**THIS MATTER** comes before the Court upon Respondent Pam Bondi's ("Respondent") letter request for dismissal as moot (ECF No. 14) Petitioner Carlos A. Calderon's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 (ECF No. 1), challenging his continued detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). Petitioner has filed a brief in opposition to Respondent's request for dismissal as moot of Petitioner's Petition. (ECF No. 15.) Respondent shall file a reply to Petitioner's opposition (ECF No. 15) within fourteen days of the date of this Order.

Accordingly,

**IT IS** on this 29th day of October 2025,

**ORDERED** Respondents shall file a reply to Petitioner's brief in opposition to Respondent's request to dismiss this matter as moot (ECF No. 15) within fourteen days of the date of this Order; it is further

**ORDERED** the Clerk of the Court shall serve a copy of this Order upon the parties electronically.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**
